No. 91–6576. JOHNSON *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. JUSTICE BLACKMUN, JUSTICE O'CONNOR, and JUSTICE SOUTER would grant the petition, vacate the judgment, and remand the case for further consideration in light of *Sawyer* v. *Whitley,* 505 U. S. 333 (1992).